UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| APRIL FREEMAN-HOLLENSHEAD, et al., | Case No: C 09-3152 SBA |
| Plaintiffs, | **ORDER STAYING ACTION** |
| vs. | Related to: C 09-1558 SBA |
| BAYER CORPORATION, et al., | |
| Defendants. | |

IT IS HEREBY ORDERED THAT the above-captioned case is STAYED pending a decision by the Judicial Panel on Multidistrict Litigation on the motion to transfer under 28 U.S.C. § 1407. All pending dates and deadlines are VACATED.

IT IS SO ORDERED.

Dated: August 12, 2009

_____
Hon. Saundra Brown Armstrong
United States District Judge