A CERTIFIED TRUE COPY
ATTEST

By Darion Payne on Oct 26, 2009

FOR THE UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

Oct 08, 2009

FILED
CLERK'S OFFICE

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

(SEE ATTACHED SCHEDULE)

**FILED**
OCT 26 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

**CONDITIONAL TRANSFER ORDER (CTO-1)**

On October 1, 2009, the Panel transferred 32 civil actions to the United States District Court for the Southern District of Illinois for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* _F.Supp.2d_ (J.P.M.L. 2009). With the consent of that court, all such actions have been assigned to the Honorable David R. Herndon.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Southern District of Illinois and assigned to Judge Herndon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Southern District of Illinois for the reasons stated in the order of October 1, 2009, and, with the consent of that court, assigned to the Honorable David R. Herndon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Southern District of Illinois. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 26, 2009

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

CERTIFIED TRUE COPY
Clerk of Court
BY: Deborah Wells
Deputy Clerk
Date 10/27/09

IN RE: YASMIN AND YAZ (DROSPIRENONE)
MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION

MDL No. 2100

## SCHEDULE CTO-1 - TAG-ALONG ACTIONS

**DIST. DIV. C.A. #**          **CASE CAPTION**

ALABAMA NORTHERN
ALN 2 09-1835          Alyssa Stellmaker v. Bayer Corp., et al.   09-20033-DRH

CALIFORNIA NORTHERN
CAN 4 09-3152          April Freeman-Hollenshead, et al. v. Bayer Corp., et al.   09-20034-DRH

COLORADO
CO 1 09-2012          Crystal Elise Johnston v. Bayer Corp., et al.   09-20035-DRH

IOWA SOUTHERN
IAS 1 09-24          Jill Fender, etc. v. Bayer Corp., et al.   09-20036-DRH

ILLINOIS NORTHERN
ILN 1 09-5348          Priscilla Nunez v. Bayer Corp., et al.   09-20037-DRH

KANSAS
KS 2 09-2453          Patricia Lanman v. Bayer Corp., et al.   09-20038-DRH

KENTUCKY WESTERN
KYW 3 09-735          Sandra Hockenbury, et al. v. Bayer Corp., et al.   09-20039-DRH

LOUISIANA EASTERN
LAE 2 09-6351          Judy Vaughn v. Bayer Corp., et al.   09-20040-DRH
LAE 2 09-6387          Lindsay Clark v. Bayer Corp., et al.   09-20041-DRH
LAE 2 09-6388          Jodi Star Gennaro v. Bayer Corp., et al.   09-20042-DRH

MISSOURI EASTERN
MOE 4 09-1399          Anna Marie Lorenz v. Bayer Corp., et al.   09-20043-DRH

NORTH CAROLINA WESTERN
NCW 1 09-328          Jeania Downs v. Bayer Corp., et al.   09-20044-DRH

NEW YORK EASTERN
NYE 1 09-3432          Katrina Cohoon, et al. v. Bayer Pharmaceuticals Corp., et al.   09-20045-DRH
NYE 1 09-3639          Laquita O'Nekia Harel v. Bayer Corp., et al.   09-20046-DRH
NYE 1 09-3753          April Dymacek, et al. v. Bayer Corp., et al.   09-20047-DRH

**MDL No. 2100 - Schedule CTO-1 Tag-Along Actions (Continued)**

**DIST. DIV. C.A.#**          **CASE CAPTION**

OHIO NORTHERN
  OHN  3  09-1750          Heather Manion v. Bayer Corp., et al.   09-20048-DRH
  OHN  3  09-1980          Jessica Gardner v. Bayer Corp., et al.  09-20049-DRH
  OHN  3  09-1984          Candis Corey v. Bayer Corp., et al.     09-20050-DRH

OHIO SOUTHERN
  OHS  2  09-703           Pamela Hamilton v. Bayer Corp., et al.  09-20051-DRH

PENNSYLVANIA EASTERN
  PAE  2  09-3388          Patricia A. Saunders v. Bayer Corp., et al.  09-20052-DRH
  PAE  2  09-3389          Robin Adams, et al. v. Bayer Healthcare, LLC, et al.  09-20053-DRH
  PAE  2  09-3555          Jennifer Gray v. Bayer Corp., et al.  09-20054-DRH

TEXAS EASTERN
  TXE  1  09-857           Candice Richardson, etc. v. Bayer Corp., et al.  09-20055-DRH
  TXE  4  09-345           Alaina Klarquist v. Bayer Corp., et al.  09-20056-DRH